In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00287-CV
_____

KENNETH DWANE SWONKE AND LORA HUNT SWONKE, Appellants

V.

ZION BUILDERS LIMITED LIABILITY COMPANY D/B/A ZION
BUILDERS, LLC, Appellee

On Appeal from the 284th District Court
Montgomery County, Texas
Trial Cause No. 17-07-08913-CV

**MEMORANDUM OPINION**

Appellants/cross-appellees, Kenneth Dwane Swonke and Lora Hunt Swonke, and appellee/cross-appellant, Zion Builders Limited Liability Company d/b/a Zion Builders, LLC, filed a joint motion to dismiss this appeal. The motion is voluntarily made by the parties prior to any decision of this Court and should be granted. *See*

1

Tex. R. App. P. 42.1(a)(2). No other party filed notice of appeal. The motion to dismiss is granted, and the appeal is dismissed.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on October 16, 2019
Opinion Delivered October 17, 2019

Before Kreger, Horton, and Johnson, JJ.